UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8024 ABC (SHx) | Date | February 25, 2013 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Bruce A Cole et al | | |

| Present: The Honorable | Audrey B. Collins, United States District Judge | |
|---|---|---|
| Angela Bridges | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER RE: RULE 26 JOINT REPORT (In Chambers)

This case is set for a Scheduling Conference on April 8, 2013. Under Fed. R. Civ. P. 26(f), the parties must filed their Joint Report no later than April 1, 2013. However, due to the Court's calendar, the Court **ORDERS** that the Joint Report must be filed by **Thursday, March 28, 2013.** If the Joint Report is not filed by March 28, 2013, the Court will have to continue the scheduling conference.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | AB |