SAM S. PUATHASNANON, Cal Bar. No. 198430
Email: puathasnanons@sec.gov
LORRAINE B. ECHAVARRIA, Cal. Bar No. 191860
Email: echavarrial@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Elaine C. Greenberg, Chief
Mark R. Zehner, Deputy Chief
Municipal Securities and Public Pensions Unit
Philadelphia Regional Office
The Mellon Independence Center
701 Market Street
Philadelphia, Pennsylvania 19106

Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
Los Angeles Regional Office
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRUCE A. COLE,<br><br>    Defendant,<br><br>    and<br><br>NANETTE H. COLE,<br><br>    Relief Defendant. | Case No. CV 12-08024-ABC (SHx)<br><br>**STATUS REPORT RE: CRIMINAL ACTION** |

1  Plaintiff Securities and Exchange Commission, (the "SEC") files this status
2  report pursuant to the Court's March 21, 2013 order granting defendants' motion to
3  stay (Dkt. No. 28) and the Court's August 26, 2014 Minute Order (Dkt. No. 32).
4  On September 2, 2014, Mr. Cole pled guilty to two counts of securities fraud
5  and one count of theft in the criminal action filed by the Missouri Attorney General
6  against him, *State of Missouri v. Cole* (Case No. 12RA-CR00584-01).   His
7  sentencing is scheduled for November 3, 2014.  The SEC will file a further status
8  report within 10 days of his sentencing.
9  DATED:     September 10, 2014         Respectfully submitted,

/s/ Sam S. Puathasnanon
Sam S. Puathasnanon
Attorneys for Plaintiff
Securities and Exchange Commission

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648
Telephone No. (323) 965-3213; Facsimile No. (323) 965-3908.

On March 14, 2014, I caused to be served the document entitled **STATUS REPORT RE: CRIMINAL ACTION** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

- [ ] **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

- [ ] **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[X]   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ]   **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  March 14, 2014                      */s/ Maureen F. Franks*
                                                            Maureen F. Franks

# SEC v. BRUCE A. COLE ET AL
## United States District Court – Central District of California
## Case No. 12-CV-08024-ABC (SHx)

### SERVICE LIST

Martin E. Karlinsky
KARLINSKY LLP
570 Lexington Avenue, Suite 1600
New York, NY 10022
Telephone:  646-380-0036
Fax:            646-380-0039
Email: martin.karlinsky@karlinskyllc.com
**Attorney for Defendant Bruce A. Cole**

Gary S. Mobley
GARY MOBLEY LAW OFFICES
17011 Beach Boulevard, Suite 900
Huntington Beach, CA 92647
Telephone:  (714) 968-8181
Fax:            (714) 375-6672
Email: gmobley@gsmpc.com

Erica L. Mobley
GARY S MOBLEY PC
17011 Beach Boulevard, Suite 900
Los Angeles, CA 92647
Telephone:  (714) 658-5851
**Attorneys for Defendant Nanette H. Cole**