JS-6

JOHN W. BERRY, Cal. Bar No. 295760
Email: berryj@sec.gov
DAVID J. VAN HAVERMAAT, Cal. Bar No. 175761
Email: vanhavermaatd@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE A. COLE,<br><br>Defendant,<br><br>and<br><br>NANETTE H. COLE,<br><br>Relief Defendant. | Case No. 2:12-cv-08024-AB-JEM<br><br>**[~~PROPOSED~~] FINAL JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AGAINST DEFENDANT BRUCE A. COLE AND RELIEF DEFENDANT NANETTE H. COLE** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission's ("SEC") Motion for Summary Judgment Against Defendant Bruce A. Cole and Relief Defendant Nanette H. Cole ("Motion") came before the Court.  The Court, having considered the SEC's Motion, the Memorandum of Points and Authorities and the other documents filed in support of the Motion, and granted the SEC's Motion (Dkt. No. 117), orders as follows:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Bruce A. Cole is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)     to employ any device, scheme, or artifice to defraud;

(b)     to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)     to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:  (a) Defendant Bruce A. Cole's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant Bruce A. Cole or with anyone described in (a).

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Bruce A. Cole is permanently restrained and enjoined from violating

Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a)    to employ any device, scheme, or artifice to defraud;

(b)    to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c)    to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:  (a) Defendant Bruce A. Cole's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant Bruce A. Cole or with anyone described in (a).

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Bruce A. Cole and Relief Defendant Nanette H. Cole are liable, jointly and severally, for disgorgement of $904,167, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $119,885, for a total of $1,024,052.  Defendant Bruce A. Cole and Relief Defendant Nanette H. Cole shall satisfy this obligation by paying $1,024,052 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment.  Any amounts recovered by the bankruptcy trustee in the adversary proceeding Bruce Strauss, Trustee v. Cole (In re Mamtek US, Inc.), Case No. 12-2009-drd (Bankr. W.D. Mo.) on behalf of and for the benefit of the bankruptcy estate, with such recovery being final and not subject to further appeal, shall be credited against the

2

total disgorgement and prejudgment interest amount owed by Defendant Bruce A. Cole and Relief Defendant Nanette H. Cole pursuant to this Final Judgment.

Defendant Bruce A. Cole and Relief Defendant Nanette H. Cole may transmit payment electronically to the SEC, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant Bruce A. Cole and Relief Defendant Nanette H. Cole may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center

Accounts Receivable Branch

6500 South MacArthur Boulevard

Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Bruce A. Cole as a defendant or Nanette H. Cole as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant Bruce A. Cole and Relief Defendant Nanette H. Cole shall simultaneously transmit photocopies of evidence of payment and case identifying information to the SEC's counsel in this action.  By making this payment, Defendant Bruce A. Cole and Relief Defendant Nanette H. Cole relinquish all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant Bruce A. Cole or Relief Defendant Nanette H. Cole.  The SEC shall send the funds paid pursuant to this Final Judgment to the United States Treasury.  The SEC may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment.  Defendant Bruce A. Cole and Relief Defendant Nanette H. Cole shall pay

3

post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

**IV.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

Dated:  February 9, 2017

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

cc: FISCAL

4